UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>KAI LOK WONG LIAO,<br><br>        Defendant. | Case No. 21-cv-04825-RS<br><br>**STANDBY ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 21 |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **August 11, 2022**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 18, 2022**, at 1:30 p.m. by Zoom webinar and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: June 9, 2022

_____
Richard Seeborg
Chief United States District Judge